AO 442 (Rev 12/85) Warrant for Arrest  AUSA DONALD F. CHASE, II

# United States District Court

_____ SOUTHERN _____ DISTRICT OF FLORIDA

FILED by D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

DIORKI MEDINA

**WARRANT FOR ARREST**

CASE NUMBER:

**00-6360**

**CR - DIMITROULEAS**

MAGISTRATE JUDGE
SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ DIORKI MEDINA _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections ___ 371; 659 and 2 ___

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB  w/ 12060

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |