UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 00-6360 CR-DIMITROULAS |
|---|---|
| Plaintiff | |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| DIORKI MEDINA | 6786-00q |
| Defendant | |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: _12-22-00 5AM_
2. Spoken language: _SPANISH_
3. Offense(s) charged: _T18, USC SEC 2, 321 & 659 AID/NO ABETTING, CONSPIRACY THEFT OF INTERSTATE / FOREIGN SHIPMENTS_
4. U.S. Citizen  [ ] YES  [X] NO  [ ] UNKNOWN
5. Date of birth: _08-19-75_
6. Type of charging document: (Check One)
   [X] INDICTMENT  [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. _00-6360 CR-DIMITROULAS_ CASE NO. _____
   DISTRICT: _SDF_ (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [X] YES  [ ] NO
   AMOUNT OF BOND: _$100,000 CSR BAIL_
   WHO SET BOND: _Asst US MAG SELTZER_
7. REMARKS: _____

8. DATE: _12/22/00_
9. _____ ARRESTING OFFICER
10. AGENCY: _FBI_
11. _(305) 471-3400_ PHONE NO.

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA DONALD F. CHASE, II

# United States District Court

_____ SOUTHERN _____ DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DIORKI MEDINA

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**
**00-6360**
**CR-DIMITROULEAS**

YOU ARE HEREBY COMMANDED to arrest _____ DIORKI MEDINA _____

MAGISTRATE JUDGE
SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections ___ 371; 659 and 2 ___

CLARENCE MADDOX                             COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                     Title of Issuing Officer

/s/                                         12/19/00, Fort Lauderdale, Florida
Signature of Issuing Officer                Date and Location

Bail fixed at $100,000 CSB _____            by BARRY S. SELTZER, U.S. Magistrate Judge
                                            Name of Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ | | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
| DATE OF ARREST | | | |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 12/20/00