koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.  00-6360-CR-DIMITROULEAS/LLS

UNITED STATES OF AMERICA

(SEALED)

Plaintiff,

**ORDER ON INITIAL APPEARANCE**

Language ___SPANISH___

Tape No. 00FX- *153 + 2390 + 754*

v.

AUSA ___Don Chase___

Agent ___FBI- JORGE MIYAR___

DIORKI MEDINA

(305) 471-3400

Defendant.

DOB: 8-19-75

_____/    Reg # 66786-004

The above-named defendant having been arrested on ___12-22-00___ having appeared before the court for initial appearance on ___12-26-00___ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address:_____
Zip Code: _____ Telephone: _____
2. ___AFPD___ appointed as permanent counsel of record.
    Address: _____
Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on
    _____, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am in Ft Laud. 1/4 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or
(f) because bond _____(1/04)_____
    A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am in FtLaud, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance
    bond, pursuant to 18 U.S.C. Section 3142:
    Temporary bond $100K CSB|Nebbia; deft reg to 1/4 for
    bond hearing. (No hearing held)
This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;

    other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed
    substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.



Page 1 of 2

DIORKI MEDINA _____

___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d
303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled
promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
   conditions set forth herein or those later ordered by the court, the defendant is subject to arrest
and   revocation of release and to various civil and criminal sanctions for any violation of those
   conditions. These various sanctions and penalties are set forth more fully in the Appearance
Bond   itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond
   has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at Miami, Florida, this 26th day of DECEMBER 2000.

                                    _____
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **ANDREA M.** SIMONTON

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation