UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __00-6360-CR-DIMITROULEAS__

UNITED STATES OF AMERICA,

vs.

PABLO ANAYA    ET AL.

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows:

BASED UPON
~~PURSUANT TO~~ THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida this ___26TH___ day of ___DECEMBER___, 2000.

TAPE NO: 00FX-/53-/661

_____
**UNITED STATES MAGISTRATE JUDGE**
ANDREA M. SIMONTON

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor