AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ SOUTHERN _____ DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DIORKI MEDINA

**TO:** The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6360**

**CR - DIMITROULEAS**

**MAGISTRATE JUDGE**
**SNOW**

YOU ARE HEREBY COMMANDED to arrest __DIORKI MEDINA__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title _18_ United States Code, Sections ___371; 659 and 2___

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB  with N oba

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| **RETURN** ||| 
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL ||| 
| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/22/00 | | Edward Purchase, SDUSM |