**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | DIORKI MEDINA (J) | CASE NO: | 00-6360-CR-DIMITROULEAS |
| AUSA: | DON CHASE _pres_ | ATTY: FPD. | _pres - Scrube_ |
| AGENT: | | VIOL: | |
| PROCEEDING: | BOND HEARING / ARRAIGNMENT | RECOMMENDED BOND: | 100,000 CSB w/Nebbia |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED JAN -4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew: _____

☐ Travel extended to: _____

☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Cnsl requested Continuing of bond hrg to next week - TO be set

(Circle One)
Interpreter Requested
No interpreter
No Known
Spanish
(Specify Language)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Jan 25 | 11 | BSS | |
| DATE: 1/4/01   TIME: 11:00   FTL/LSS TAPE # 01 - | 001 | Begin: 3025 | End: 3110 | |