

```
REC'D by _____ D.C.
DKTG
JAN  5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

FILED by ___ D.C.
JAN 4 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

DIORKI MEDINA

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 4, 2001 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address:_____
                        _____
                        Telephone:_____

DEFENSE COUNSEL:        Name:___ FEDERAL PUBLIC DEFENDER _____
                        Address:_____
                        _____
                        Telephone:_____

BOND SET/CONTINUED:     $_100,000 CSB w/Nebbia_____

Bond hearing held: yes____  no_X_  Bond hearing set for_____

Dated this_4TH___day of __JANUARY_____,2001.

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By:_Denny Butler_____
                                    Deputy Clerk

                                Tape No. 1/01-001_____

cc: Copy for Judge
    U. S. Attorney

