UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

FILED BY _____ D.C.
2001 JAN 10 PM 4:27
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIORKI MEDINA,

    Defendant.

_____/

### REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The Defendant, MEDINA, DIORKI, through undersigned counsel, and pursuant to Fed. R. Crim. P. 16(a)(c)(e) requests disclosure by the government of expert testimony the government intends to introduce during its case-in-chief. As to each potential expert witness, it is requested that the government disclose the name of the expert, the witnesses qualifications, present employment, a summary of the witness' opinion, and the basis and reasons for the opinion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Robert N. Berube
 Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 10 day of January, 2001, to the United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube