## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | DIOKI MEDINA | CASE NO: | 00-6360-CR-DIMITROULEAS |
| AUSA: | Donald Chase by Tom Lanigan | ATTY: | Robert Berube |
| AGENT: | | VIOL: | |
| PROCEEDING: | Stipulated Bond Hearing | RECOMMENDED BOND: | $100,000.00 Personal Surety |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | 2 Surety s |

FILED by D.C.
JAN 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Surety Culicer Tejeda
signed spanish affidavit

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____.
- ❏ Travel extended to: _____.
- ❏ Halfway House _____.

(illegible stamp) Spanish

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 1/31/01   TIME: 11:00 A.M.   FTL/LSS TAPE # 01 - 008   Begin.   End: 3943
009   0-535
13 9/