## CRIMINAL MINUTES

FILED _____ D.C.
FEB 09 2001
CLARENCE MADDOX
U.S. DIST. CT.
S.D. FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6360-CR-WPD       DATE: February 9, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Mendez, Medina, Villares, Fernandez, Perez

U.S. ATTORNEY: Ambrose            DEFTS COUNSEL: Lopez, Martinez
Larry Bardfeld for

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Defts' motions to continue are granted. Court resets case & finds the time from today until trial deemed excludable. Court directs that all defts not present need to file written waivers of speedy trial rights.

CASE CONTINUED TO: 4/20/01    TIME: 9:00    FOR: Cal. Call
                   4/23/01
MISC: 2 week trial period

* Deft Lisandro Perez Cal. Call Reset to 2/12/01 @ 9:15

151/89