UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DIORKI MEDINA,

    Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Diorki Medina, be terminated as the Defendant has retained Alberto F. Sarasua, Esq., 442 Hampton Lane, Key Biscayne, Florida 33149-1853, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

                              Respectfully submitted,

                              KATHLEEN M. WILLIAMS
                              FEDERAL PUBLIC DEFENDER

By: _____

                              Robert N. Berube
                              Supervisory Assistant
                              Federal Public Defender
                              Florida Bar No. 304247
                              Attorney for Defendant
                              101 N.E. 3rd Avenue, Suite 202
                              Fort Lauderdale, Florida 33301
                              (954) 356-7436 / (Fax) 356-7556



CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this $\underline{7}$ day of 7th, 2001, to Donald Chase, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Alberto F. Sarasua, Esq., 442 Hampton Lane, Key Biscayne, Florida 33149-1853 and Diorki Medina, Reg No. 66786-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube