**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6360CR/DIMITROULEAS**



UNITED STATES OF AMERICA,

Plaintiff,

vs.

DIORKI MEDINA,

Defendant.

_______________________________/

***MOTION REQUESTING PERMISSION TO ENTER AS COUNSEL & NOTICE OF APPEARANCE***

Defendant through counsel below respectfully requests that the Court grant new counsel permission to enter this cause.

Both Mr. Berube of the Public Defender's Office, and Mr. Chase of the U.S. Attorney's Office, have no objection to this request.

***NOTICE OF PERMANENT APPEARANCE AT TRIAL LEVEL***

COMES NOW Alberto F. Sarasua, Esq., and files this permanent appearance as counsel for DIORKI MEDINA. Counsel appears for all proceedings at the trial level, arising out of the presently charged statutory violations in the Southern District of Florida.

I HEREBY CERTIFY, that a true and accurate copy of the foregoing was served upon,

DONALD CHASE, ESQ.
Assistant United States Attorney, So. District of Florida
500 East Broward Blvd., Ft. Lauderdale, Florida 33394
FAX(954)356-7230

ROBERT BERUBE, ESQ.
Assistant Federal Public Defender, So. District of Florida
101 NE 3rd Ave., Suite 202, Ft. Lauderdale, Florida 33301-1100



on the 6th day of February, 2001.

Respectfully submitted,

ALBERTO F. SARASUA, Esq.
442 Hampton Lane,
Key Biscayne, Florida 33149-1853
Fla.Bar No. 363146 (305)361-7480