ajp

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO. 00-6360-CR-DIMITROULEAS/SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

DIORKI MEDINA,

        Defendant.

_____/

## ORDER TERMINATING APPOINTMENT OF COUNSEL

It appearing to the Court that the Defendant, Diorki Medina has retained Alberto F. Sarasua, Esq., to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and she is relieved of further duties in this cause.

DONE AND ORDERED this ___9___ day of March, 2001 at Fort Lauderdale, Florida.

        ~~BARRY S. SELTZER~~ William P. Dimitrouleas
        United States ~~Magistrate~~ District Judge

cc:  Robert N. Berube, AFPD
     Donald Chase, AUSA
     Alberto F. Sarasua, Esq.
     Diorki Medina, Defendant

3

172