**CRIMINAL MINUTES**

FILED _MC_ D.C.
APR 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD     DATE: April 3, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.   Deorki Medina

U.S. ATTORNEY: Dan Chase     DEFT. COUNSEL: Alberto Sarasua

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 2. Gvt agrees to dismiss Count 1 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 6/8/01     TIME: 11:15     FOR: Sentencing

MISC: Written plea agreement filed.

176/69