**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6360Cr/DIMITOULEAS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                *DEFENDANT'S OBJECTIONS*
                                 *TO PRE-SENTENCE INVESTIGATION*

DIORKI MEDINA,

    Defendant,
_____/

Defendant through counsel hereby files his objections to the Pre-Sentence Investigation.

1.     Page 19, paragraph 47-the defendant respectfully request that the Court consider a two level reduction under §3B1.2(b)

        The narrative on page 15, paragraph 32, describes the role of Mr. Medina as that of a stevedore on one load. Although there are other stevedore types involved that does not detract from the minor relationship of Mr. Medina to the crime. He received $200 for his efforts, hardly a significant cut of the 300+ thousand in merchandise stolen. The minimal payment made, shows, reduced responsibility, and that his participation fits reduced role. He unloaded merchandise, that is it. He did not get a percentage of the sale. He did not arrange or participate in the original taking of the rig (all he did related to the then empty rig was drop it off where he was told). He did not collect any proceeds. He did not contact the ultimate purchaser or had any role in the disposal of the stolen goods.

        The *Commentary, Application Notes 1* of §3B1.2 (related to minimal, not minor participation), relates,

            "...the defendant's lack of knowledge or understanding of the scope and structure of the enterprise and the activities of others is indicative of a role as a minimal participant."



The *Commentary,Application Notes 2* of §3B1.2 (again related to minimal, not minor participation), relates,

> ". . .for someone who played no other role in a very large drug smuggling operation than to offload part of a single marihuana shipment, . . ."

The defendant's conduct compares favorably to the examples above. There are no other allegations offered by the report which would show otherwise.

2. Page 27, paragraph 82(cont.)-the car was returned to the bank and sold at auction.

I HEREBY CERTIFY, that a true and accurate copy of the foregoing document was served upon,

DONALD CHASE/THOMAS A. O'MALLEY
Assistant United States Attorneys, So. District of Florida
500 East Broward Blvd., Ft.Lauderdale, Florida   33394
&
KENNETH J. GONZALEZ
U.S. Probation Officer
Rm 315, U.S. Courthouse, 300 NE 1st Ave., Miami FL 33132

on the 10th day of May, 2001.

Respectfully submitted,

ALBERTO F. SARASUA, Esq.
442 Hampton Lane,
Key Biscayne, Florida 33149-1853
Fla.Bar No. 363146  (305)361-7480