**CRIMINAL MINUTES**

FILED by _____ D.C.
JUN 0 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD     DATE: June 8, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: Kathryn Garriz     INTERPRETER: Spanish

UNITED STATES OF AMERICA  VS.  Wicki Medina

U.S. ATTORNEY: Don Chase     DEFT. COUNSEL: Alberto Sarasua

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 1year + 1day BOP, 3 year Supervised Release, No Fine, $100 Assessment. Restitution in the amount of __ Joint & Several liability. Ct 1 dismissed. Court recommends designation to FCI Coleman

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal.